## HUGGINS *v.* RAINES, WARDEN.

No. 251, Misc.   Decided June 10, 1963.

Petitioner *pro se.*

*Mac Q. Williamson,* Attorney General of Oklahoma, and *Lewis A. Wallace* and *Hugh H. Collum,* Assistant Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Court of Criminal Appeals of Oklahoma for reconsideration in light of *Gideon* v.. *Wainwright,* 372 U. S. 335, and *Carnley* v. *Cochran,* 369 U. S. 506.